FILED
Jun 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
ALEXIS KLEIN
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
JOSE MIGUEL HERNANDEZ JR.,
MULAN PRECIOUS KEOPHIMANH,
JOHNNY BOBBY TRUONG,
GUADALUPE MANUEL CERVANTES, aka "Pep," and
TANYA DUERELLE LAWSON,

Defendants.

CASE NO. 2:24-cr-0164 TLN

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (10 counts); 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

I N D I C T M E N T

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

The Grand Jury charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
JOSE MIGUEL HERNANDEZ JR,
MULAN PRECIOUS KEOPHIMANH,
JOHNNY BOBBY TRUONG,
GUADALUPE MANUEL CERVANTES, and
TANYA DUERELLE LAWSON,

defendants herein, beginning on an unknown date, but no later than on or about January 26, 2023, and continuing through on or about May 10, 2024, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons both known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about February 3, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about February 3, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about March 9, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA, and
MICHAEL WILLIAM HUTCHISON III,

defendants herein, on or about April 12, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA, and
MICHAEL WILLIAM HUTCHISON III,

defendants herein, on or about May 19, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III, and
TANYA DUERELLE LAWSON,

defendants herein, on or about June 6, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

///

COUNT EIGHT: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about July 31, 2023, at approximately 4:32 p.m., in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III, and
JOHNNY BOBBY TRUONG,

defendants herein, on or about July 31, 2023, at approximately 6:06 p.m., in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TEN: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III, and
JOHNNY BOBBY TRUONG,

defendants herein, on or about July 31, 2023, at approximately 6:06 p.m., in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

///

COUNT ELEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
MULAN PRECIOUS KEOPHIMANH, and
JOHNNY BOBBY TRUONG,

defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWELVE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
MULAN PRECIOUS KEOPHIMANH, and
JOHNNY BOBBY TRUONG,

defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THIRTEEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin]

The Grand Jury further charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
MULAN PRECIOUS KEOPHIMANH, and
JOHNNY BOBBY TRUONG,

defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

///

COUNT FOURTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about November 1, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIFTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III, and
MULAN PRECIOUS KEOPHIMANH,

defendants herein, on or about January 16, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIXTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JOSE MIGUEL HERNANDEZ JR,

defendant herein, on or about February 22, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

///

COUNT SEVENTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III, and
JOSE MIGUEL HERNANDEZ JR,

defendants herein, on or about February 28, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT EIGHTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about March 3, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINETEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JOSE MIGUEL HERNANDEZ JR,

defendant herein, on or about April 2, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Nineteen of this Indictment, defendants JULIO CESAR SARABIA, MICHAEL WILLIAM HUTCHISON III, JOSE MIGUEL HERNANDEZ, JR., MULAN PRECIOUS KEOPHIMANH, JOHNNY BOBBY

TRUONG, GUADALUPE MANUEL CERVANTES, and TANYA DUERELLE LAWSON shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. Any real or personal property, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Nineteen of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

**NO PROCESS NECESSARY**

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
JOSE MIGUEL HERNANDEZ JR.,
MULAN PRECIOUS KEOPHIMANH,
JOHNNY BOBBY TRUONG,
GUADALUPE MANUEL CERVANTES,
AKA "PEP," AND
TANYA DUERELLE LAWSON,

I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. §§ 846, 841 – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (10 counts); 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 6th *day*

*of* June, *A.D. 20* 24

/s/ L. Kennison

*Clerk.*

**NO PROCESS NECESSARY**

Carolyn K. Delaney

GPO 863 525

**United States v. Julio Cesar Sarabia, et al.**
**Penalties for Indictment**

**Defendants**

**JULIO CESAR SARABIA**
**MICHAEL WILLIAM HUTCHISON III**
**JOSE MIGUEL HERNANDEZ JR**
**MULAN PRECIOUS KEOPHIMANH**
**JOHNNY BOBBY TRUONG**
**GUADALUPE MANUEL CERVANTES**
**TANYA DUERELLE LAWSON**

| | |
|---|---|
| **COUNT 1:** | **ALL DEFENDANTS** |
| VIOLATION: | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |
| **COUNTS 2, 8:** | **MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 50 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 5 years in prison and up to 40 years in prison; or<br>Fine of up to $5,000,000; or both fine and imprisonment<br>Supervised release of at least 4 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNTS 3, 18:** | **MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 40 Grams of a Mixture or Substance Containing a Detectable Amount of Fentanyl |
| PENALTIES: | Mandatory minimum of 5 years in prison and up to 40 years in prison; or<br>Fine of up to $5,000,000; or both fine and imprisonment<br>Supervised release of at least 4 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNTS 4, 14:** | **MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 5:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 6:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 7:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III**<br>**TANYA DUERELLE LAWSON** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 9:** | **MICHAEL WILLIAM HUTCHISON III**<br>**JOHNNY BOBBY TRUONG** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 10:** | **MICHAEL WILLIAM HUTCHISON III**<br>**JOHNNY BOBBY TRUONG** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin |
| PENALTIES: | Up to 20 years in prison; or<br>Fine of up to $1,000,000; or both fine and imprisonment<br>Supervised release of at least 3 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |
| **COUNT 11:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III**<br>**MULAN PRECIOUS KEOPHIMANH**<br>**JOHNNY BOBBY TRUONG** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |
| **COUNT 12:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III**<br>**MULAN PRECIOUS KEOPHIMANH**<br>**JOHNNY BOBBY TRUONG** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine |
| PENALTIES: | Mandatory minimum of 5 years in prison and up to 40 years in prison; or<br>Fine of up to $5,000,000; or both fine and imprisonment<br>Supervised release of at least 4 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 13:** | **JULIO CESAR SARABIA**<br>**MICHAEL WILLIAM HUTCHISON III**<br>**MULAN PRECIOUS KEOPHIMANH**<br>**JOHNNY BOBBY TRUONG** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least 100 Grams of a Mixture or Substance Containing a Detectable Amount of Heroin |
| PENALTIES: | Mandatory minimum of 5 years in prison and up to 40 years in prison; or<br>Fine of up to $5,000,000; or both fine and imprisonment<br>Supervised release of at least 4 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 15:** | **MICHAEL WILLIAM HUTCHISON III**<br>**MULAN PRECIOUS KEOPHIMANH** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNTS 16, 19:** | **JOSE MIGUEL HERNANDEZ** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

| | |
|---|---|
| **COUNT 17:** | **MICHAEL WILLIAM HUTCHISON III**<br>**JOSE MIGUEL HERNANDEZ** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

**FORFEITURE ALLEGATION:** **ALL DEFENDANTS**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 853(a) – Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |