THE LAW OFFICE OF OLAF W. HEDBERG
901 H St., Suite 301, Sacramento CA, 95814
Phone (916) 447-1192
ohedberg@yahoo.com

MEMORANDUM

TO: Michelle Krueger
FROM: Olaf Hedberg
DATE: 8/2/24
RE Johnny Troung 24-164 TLN

---

    Having conferred with both yourself and AUSA Alexis Klein I am requesting that this Defendant be placed on your calendar on 8/8/24 for a hearing re status of counsel due to a conflict of interest.