USMS SACRAMENTO RCVD
MAY 29 2024 AM 9:29

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Julio Cesar SARABIA, et al.

_____
Defendant

Case No. ~~2:24-mj-0070 DB~~

2:24-cr-0164 TLN

FILED
Nov 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael William HUTCHISON III,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1)

Date: 05/28/2024

City and state: Sacramento, CA

*signature*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* 05/28/2024, and the person was arrested on *(date)* 05/30/2024
at *(city and state)* SACRAMENTO, CA.

Date: 10/29/2024

*Arresting officer's signature*

DEA TFO SIXTO TORRES
*Printed name and title*